IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01427-BNB

LEE B. JOHNSON,

    Plaintiff,

v.

MARILA J. KEELING, M.D., P.C.,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 23 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE THIRD AMENDED COMPLAINT

---

Plaintiff, Lee B. Johnson, has filed *pro se* on October 19, 2009, a second amended complaint in response to the court's September 15, 2009, order. However, despite the fact that the court provided Mr. Johnson with the necessary form on which to file his second amended complaint, Mr. Johnson has not used the court's complaint form. As a result, the second amended complaint violates the court's local rules, which require *pro se* parties to "use the forms established by this court to file an action." D.C.COLO.LCivR 8.1A. Therefore, Mr. Johnson will be ordered to file a third amended complaint on the proper form if he wishes to pursue his claims in this action. Mr. Johnson is reminded that his third amended complaint must comply with the pleading requirements of the Federal Rules of Civil Procedure as directed in the court's prior orders in this action. Accordingly, it is

ORDERED that Mr. Johnson file, **within thirty (30) days from the date of this order**, a third amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Johnson, together

with a copy of this order, two copies of the following form: Complaint.  It is

FURTHER ORDERED that, if Mr. Johnson fails within the time allowed to file a third amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice.

DATED October 23, 2009, at Denver, Colorado.

                                              BY THE COURT:

                                              s/ Boyd N. Boland
                                              United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01427-BNB

Lee B. Johnson
1201 Clarkson St. Apt. 103
P.O. Box 18633
Denver, CO 80218

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Complaint form** to the above-named individuals on 10/23/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk